458

**THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK A. ORTIZ, on Behalf of NALCY S. MORROBEL, Petitioner, v COMMISSIONER OF CORRECTION OF THE CITY OF NEW YORK et al., Respondents.** [643 NYS2d 412]

The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson*, 48 NY2d 230). Thompson, J. P., Joy, Krausman and Florio, JJ., concur.